The People of the State of New York, Respondent, v. Hubert S. Sewell, Appellant.— Appeal dismissed. Sewell, J., not sitting.

The People of the State of New York ex rel. Victor Koechl & Company, Relator, v. Otto Kelsey, as Comptroller of the State of New York, Respondent. — Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York, Respondent, v. Matthews & Harrison, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. Edward M. Longyear, Respondent, v. Lawrence F. Bannon and Others, Members Composing the Examining and Supervising Board of Plumbers and Plumbing of the City of Kingston, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Henry S. McCall, Appellant, v. The City of Albany and Others, Respondents.— Order affirmed, with costs. All concurred.

Domenico Ravito, Respondent, v. Hudson Portland Cement Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Arthur Starrs, Respondent, v. John Starrs and Others, Defendants, Impleaded with George Schulenburg, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs of this appeal and in the court below. All concurred.

State of New York National Bank, Respondent, v. Gilbert F. Kennedy and Eliza B. Kennedy, Impleaded with Anna M. Kennedy and Adelaide G. Kennedy, Appellants.— Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer within twenty days, upon payment of costs in court below and of this appeal. All concurred, except Kellogg, J., dissenting.

Alton W. Swingle, Respondent, v. The Empire State Dairy Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the damages to $500, in which case the judgment as so modified and order affirmed, without costs. All concurred, except Houghton, J., who voted for reversal.

The People of the State of New York, Respondent, v. William N. Courtney, Appellant.— Order affirmed, with costs. All concurred.